**Joe B. WHITE, d/b/a Clay Motor Co., Appellant,**

v.

**Hazel Pearl ALEVARAS.**

Court of Appeals of Kentucky.

Nov. 9, 1956.

Roy W. House, Manchester, for appellant.

J. Milton Luker, London, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clay Circuit Court for $411.88 based upon failure of the appellant to renew an automobile insurance policy.

A review of the record does not convince the court that any prejudicial error was committed.

Wherefore, the motion for an appeal is overruled, and the judgment stands affirmed.